UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA V. CHARLES,

JUDGMENT
05-CV- 4458 (DLI)

Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR 20 2006 ★

TIME A.M. _____ P.M. _____

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 21, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision.

Dated: Brooklyn, New York
April 25, 2006

ROBERT C. HEINEMANN
Clerk of Court